PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 29 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Matthew D Horn          Case Number: 2:03CR00256-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 2/17/2005       Type of Supervision:   Supervised Release

Original Offense: Possession with Intent to Dist. at least 20 KG of MJ, 21 U.S.C. § 841(a)(1); Conspiracy to Possess with Intent to Dist. At Least 40 KG of MJ., 21 U.S.C. § 846; Importation of at Least 40 KG of MJ, but less that 60 KG of MJ., 21 U.S.C. § 952(a); Conspiracy to Import MJ of at least 40 gram, but less than 60 KG of MJ, 21 U.S.C. § 963

Date Supervision Will Commence:
July 11, 2006

Original Sentence: Prison - 18 Months; TSR - 48 Months

Date Supervision Will Expire: July 10, 2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16          The defendant shall abstain from the use of alcohol during his period of supervision.

## CAUSE

The defendant has requested a transfer of his supervision to the Central District of California. California will accept the transfer if Mr. Horn agrees not to consume alcohol during the period of his supervision.

Respectfully submitted,

by  *Anne Sauther* (signature)

Anne Sauther
U.S. Probation Officer
Date: September 26, 2005

Prob. 12B
Re: Horn, Matthew D
September 26, 2005
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

9/21/05
_____
Date

PROB 49
(3/89)

# United States District Court

_____Eastern_____ District _____of Washington_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Matthew David Horn shall abstain from the use of alcohol during his period of supervision.

Witness _____Watkins AMCCSW_____        Signed X_____
         U.S. Probation Officer                    Probationer or Supervised Releasee

                X 7-6-05
                _____Date_____