PROB 12B
(7/93)

Report Date: October 16, 2006

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Matthew D. Horn                    Case Number: 2:03CR00256-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 02/17/2005                Type of Supervision:   Supervised Release

Original Offense: Possession with Intent to Distribute at Least 20 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1); Conspiracy to Possess with Intent to Distribute at Least 40 Kilograms of Marijuana, 21 U.S.C. § 846; Importation of at Least 40 Kilograms of Marijuana but Less than 60 Kilograms of Marijuana, 21 U.S.C. § 952(a); Conspiracy to Import Marijuana of at Least 40 Grams but Less than 60 Kilograms of Marijuana, 21 U.S.C. § 963

Date Supervision Commenced: 07/11/2006

Original Sentence: Prison - 18 Months; TSR - 48 Months

Date Supervision Expires: 07/10/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed six tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

## CAUSE

On October 3, 2006, the U.S. Probation Office in the Central District of California submitted a letter requesting that the offender's conditions of supervised release be modified as outlined in the Probation 49 form. The letter is attached for the Court's review detailing the reasons for this modification. This request appears appropriate.

Respectfully submitted,

by  *[signature]*

Brenda J. Kuest
U.S. Probation Officer
Date: October 16, 2006

Prob 12B
**Re: Horn, Matthew D.**
**October 16, 2006**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

10/18/06
Date

PROB 49
(3/89)

# United States District Court

_____Eastern_____ **District** _____of Washington_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Matthew Horn, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed six tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness _____   Signed _____
          U.S. Probation Officer                        Probationer or Supervised Releasee

                                       9/19/06
                                        Date